# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CORNELIUS WILSON

NO. 2022 KW 1080

**NOVEMBER 21, 2022**

---

In Re:    Cornelius Wilson, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 10-12-0480.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

MRT
WRC
CHH

COURT OF APPEAL, FIRST CIRCUIT

_a.Sn_

DEPUTY CLERK OF COURT
FOR THE COURT